1  PHILLIP A. TALBERT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**FILED**

AUG 0 9 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | CASE NO.  2:17-SW-0710 EFB |
| 2138 Lonnie Beck Way, Stockton, California | [PROPOSED] ORDER RE: REQUEST FOR UNSEALING OF SEARCH WARRANT MATERIALS |

16      Upon application of the United States of America and good cause having been shown,

17      IT IS HEREBY ORDERED that the search warrant, application, affidavit, and return are

18  unsealed.

19

20  DATED: _8-9-2017_                      _____
                                          Hon. Edmund F. Brennan
21                                        United States Magistrate Judge

22

23

24

25

26

27

28